UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MINDEN PICTURES INC.,                                        :
                                     Plaintiff,              :
                                                             :        20 Civ. 2116 (LGS)
                        -against-                            :
                                                             :              ORDER
GIZMODO MEDIA GROUP LLC,                                     :
                                     Defendant.              :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that the initial pretrial conference, currently scheduled to occur at May

28, 2020, at 10:40 a.m., is RESCHEDULED to occur at **May 28, 2020, at 9:50 a.m.**

Dated:  May 26, 2020
        New York, New York

_____
        **LORNA G. SCHOFIELD**
        **UNITED STATES DISTRICT JUDGE**