UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
MINDEN PICTURES INC.,                            :
                           Plaintiff,       :
                                                              :         20 Civ. 2116 (LGS)
                        -against-                   :
                                                              :         <u>ORDER</u>
GIZMODO MEDIA GROUP LLC,                 :
                              Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, pursuant to this Court's Order at Dkt. No. 25, the parties were directed to file a joint status letter on July 27, 2020;

        WHEREAS, no joint letter was filed.  It is hereby

        **ORDERED** that, by **July 31, 2020**, the parties shall file the joint status letter.

Dated: July 28, 2020
            New York, New York

                                                      **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**