UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MINDEN PICTURES, INC.,                         :

                            Plaintiff,      :         20 Civ. 2116 (LGS)

       -against-                                      :

GIZMODO MEDIA GROUP LLC,              :         <u>ORDER</u>

                         Defendant.    :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, on August 11, 2020, Plaintiff filed a letter requesting a pre-motion discovery conference for a proposed motion to compel Defendant to produce documents and responses responsive to Plaintiff's First Set of Document Requests and First Set of Interrogatories.  Dkt. No. 36.

     WHEREAS, on August 18 2020, Defendant filed a letter response.  Dkt. No. 39.

     WHEREAS, on August 20, 2020, the Court ordered the parties to (1) meet and confer to discuss each individual response in dispute and (2) file a joint letter detailing the specific issues that are open and each party's positions with respect to those issues.  Dkt. No. 40.

     WHEREAS, pursuant to the Court's August 20, 2020, Order, on August 27, 2020, the parties filed a joint letter detailing the parties' positions with respect to outstanding disputes concerning Interrogatory No. 8 and Request No. 14.  Dkt. No. 41.  It is hereby

     **ORDERED**, that for the reasons outlined in Defendant's Position within the August 27, 2020, joint letter (Dkt. No. 41, pp. 1-2), Interrogatory No. 8 is overbroad, unduly burdensome

and vague, and Defendant's identification of an individual with knowledge of revenue received, if any, related to the website page on lifehacker.com where the alleged infringed photograph appeared, is a sufficient response to Interrogatory No. 8.  It is further

**ORDERED**, that for the reasons outlined in Defendant's Position within the August 27, 2020, joint letter (Dkt. No. 41, pp. 3-4), Request No. 14 is overbroad, unduly burdensome and seeks documents that are already in the Plaintiff's possession, are readily available to Plaintiff and are a matter of public record, and Gizmodo's production of documents sufficient to identify copyright infringement lawsuits filed against it since it acquired the websites at issue in April, 2019, is a sufficient response to Request No. 14.

Dated:  September 1, 2020
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**